IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| **ALLEN W. SINGLETON** and | ) | Case No. 12-05911 |
| **DEBRAANN NEYERS-SINGLETON** | ) | |
| | ) | **Honorable Bruce W. Black** |
| Debtors. | ) | |

### NOTICE OF MOTION

To: All creditors and parties in interest (copy of service list available from the Trustee)

    YOU ARE HEREBY NOTIFIED that on June 1, 2012 at 10:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Bruce W. Black, 57 North Ottawa Street, Room 201, Joliet, Illinois 60432, and then and there present Attorney's Application for Compensation for Representing Chapter 13 Debtor(s), a copy of which is attached hereto and herewith served upon you, at which time and place you may appear, if you see fit.

                                            By: /s/ David R. Herzog
                                                One of his attorneys

DAVID R. HERZOG
HERZOG & SCHWARTZ, P.C.
77 W. Washington Street
Suite 1717
Chicago, Illinois  60602
(312) 977-1600

### CERTIFICATE OF SERVICE

    The undersigned, an attorney, certifies that he caused to be served a copy of the foregoing instrument on the attached service list by enclosing same in an envelope addressed to them, with postage fully prepaid, and by depositing the envelope in the U.S. Mail at 77 West Washington Street, Chicago, Illinois 60602, on this 11th day of May, 2012.

                                            By: /s/ David R. Herzog

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Case No.** |
| | ) | **Hearing Date:** |
| **Debtor(s)** | ) | **Judge** |

**ATTORNEY'S APPLICATION FOR COMPENSATION FOR REPRESENTING CHAPTER 13 DEBTOR(S)**
(Use for cases filed on or after 4/22/2011)

The undersigned attorney seeks compensation pursuant to 11 U.S.C. § 330(a)(4)(B) for representing the interests of the debtor(s) in this case.

**Use of Court-Approved Retention Agreement:**
The attorney and the debtor(s) ____ have ____ have not entered into the Court-Approved Retention Agreement.

**Attorney Certification:**
The attorney hereby certifies that:
1. All disclosures required by General Order 11-2 have been made, and
2. If a Flat Fee is requested, the attorney and the debtor have not entered into any agreements other than the Court-Approved Retention Agreement.

**Compensation for services previously awarded in this case:**
____ None ____ a total of $ _____, pursuant to orders entered on the following dates: _____.

**Compensation for services now sought in this case:**
$ _____ flat fee for services through case closing
$ _____ for itemized services (itemization attached).

**Reimbursement now sought for expenses advanced by the attorney:**
$ _____ for filing fee paid by the attorney with the attorney's funds
$ _____ for other expenses incurred in connection with the case and paid by the attorney with the attorney's funds (itemization attached)

$ _____ Total reimbursement for expenses requested.

**Additional expenses incurred in the case for which the attorney is not seeking reimbursement (either paid by the debtor(s) directly or paid by the attorney with funds provided by the debtor(s)):**
$ _____ for filing fee
$ _____ for other expenses, itemized as follows:
   $ _____ Describe expenses:
   $ _____ Describe expenses:
   (add more lines if needed)

$ _____ Total non-reimbursable expenses pre-paid by the debtor (this amount not to appear on fee order).

**Funds received from debtor for services and expenses advanced by the attorney:**
____ None
$ _____ for services
$ _____ for expenses advanced by the attorney

**Itemization of time:** ____ Not submitted ____ Attached to this application.

Date of Application: _____    Attorney's signature: _____

Form No. 23, revised 4/22/11

| | |
|---|---|
| B9I (Official Form 9I) (Chapter 13 Case) (12/11) | Case Number **12−05911** |

# UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

## Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines
The debtor(s) listed below filed a chapter 13 bankruptcy case on February 17, 2012.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Allen Singleton<br>31850 South Barr Road<br>Wilminton, IL 60481 | Debraann Neyers−Singleton<br>31850 South Barr Road<br>Wilmington, IL 60481 |
| Case Number: 12−05911<br>Office Code:    1 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−8926<br>xxx−xx−3931 |
| Attorney for Debtor(s) (name and address):<br>David R Herzog<br>Herzog & Schwartz Pc<br>77 W Washington Suite 1717<br>Chicago, IL 60602<br>Telephone number:  312−977−1600 | Bankruptcy Trustee (name and address):<br>Glenn B Stearns<br>801 Warrenville Road<br>Suite 650<br>Lisle, IL 60532<br>Telephone number:  630−981−3888 |

## Meeting of Creditors:
Date: **April 4, 2012**        Time: **12:30 PM**
Location: **150 West Jefferson Street, 2nd Floor, Joliet, IL 60432**
**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Proof of Claim:**
For all creditors (except a governmental unit): **July 3, 2012**     For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002(c)(1)): **August 15, 2012**

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

**Filing of Plan, Hearing on Confirmation of Plan and Attorney Fees**
The debtor has not filed a plan as of this date. You will receive notice of the plan at a later date. The hearing on confirmation and to consider a request by debtor's counsel for payment of legal fees will be held:
Date: **May 4, 2012**, Time: **11:00 AM**, Location: **57 N. Ottawa St., Rm 201, Joliet, IL 60432 .**

**The Disclosure of Compensation has been filed and the debtor's attorney is requesting fees of $ 3500.00**
If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan.

**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: June 4, 2012**

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number:  1−866−222−8029 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Kenneth S. Gardner |
| Hours Open:  Monday − Friday 8:30 AM − 4:30 PM | Date:  February 21, 2012 |

**EXPLANATIONS**                       **B9I (Official Form 9I) (12/11)**

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to file a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid, you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to a discharge under Bankruptcy Code § 1328(f), you must file a motion objecting to discharge in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2) or (4), you must file a complaint in the bankruptcy clerk's office by the same deadline. The bankruptcy clerk's office must receive the motion or the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

−− Refer to Other Side for Important Deadlines and Notices −−

United States Bankruptcy Court
Northern District of Illinois

In re:
Allen Singleton
Debraann Neyers-Singleton
    Debtors

Case No. 12-05911-BWB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: carmstead     Page 1 of 3     Date Rcvd: Feb 21, 2012
                    Form ID: b9i        Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2012.

```
db/jdb     +Allen Singleton,   Debraann Neyers-Singleton,    31850 South Barr Road,    Wilminton, IL 60481-9467
tr         +Glenn B Stearns,   801 Warrenville Road,    Suite 650,    Lisle, IL 60532-4350
18500469   +Bakul K. Pandya,   75 129th Infantry Drive,    Joliet, IL 60435-5134
18500471   +Beverly Brisbin, M.D.,    10719 W. 160th Street,    Orland Park, IL 60467-5541
18500472   +CIGPF,   c/o Tate & Kirlin,    2810 Southampton Road,    Philadelphia, PA 19154-1207
18500474   +Creditors Discount & Audit,    415 E. Main Street,    P.O. Box 213,    Streator, IL 61364-0213
18500477   +Endodontic & Periodontic,    18130 S. Halsted Street,    Homewood, IL 60430-2597
18500478   +Endodontic & Periodontic Assoc.,    Devang Takkar DDS,    18130 S. Halsted Street,
             Homewood, IL 60430-2507
18500481    GMAC Mortgage,    Attn: Bankruptcy Department,    PO Box 660208,    Dallas, TX 75266
18500482   +Harley Davidson Credit,    Dept 15129,    Palatine, IL 60055-0001
18500483   +Hoekstra Chiropractic,    10250 S. Central Avenue,    Oak Lawn, IL 60453-4602
18500484   +Illinois Collection Services,    8231 185th Street,    Suite 100,    Tinley Park, IL 60487-9356
18500485   +Joliet Radiological Service Corp.,    36910 Treasury Ctr.,    Chicago, IL 60694-6900
18500486   +Mainstreet Acquisition,    c/o Mercantile,    6341 Inducon Drive East,    Sanborn, NY 14132-9016
18500487    Mayo Medical Center,    P.O. Box 790127,    St. Louis, MO 63179-0127
18500488   +Midland Funding,   c/o Blatt, Hasenmiller, et al.,    125 South Wacker Drive,    Suite 400,
             Chicago, IL 60606-4440
18500489   +Midland Orthopedic,    2850 S. Wabash Avenue,    Suite 100,    Chicago, IL 60616-2491
18500493   +Old Republic,    307 North Michigan Avenue,    15th Floor,    Chicago, IL 60601-5405
18500494   +Prairie Emergency Services,    Plantation Billing Center,    P.O. Box 189016,
             Plantation, FL 33318-9016
18500495   +Provena St. Joseph Medical Center,    333 N Madison Street,    Joliet, IL 60435-8233
18500496    Randall Gelb,    8321 W. 185th, #100,    Tinley Park, iL 60487
18500497   +Richart Sports & Spinal Rehab,    24000 Dayfield Drive,    Plainfield, IL 60586-7786
18500499   +U.S. Department of Education,    Direct Loans,    P.O. Box 5609,    Greenville, TX 75403-5609
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty         E-mail/Text: drhlaw@mindspring.com Feb 22 2012 06:16:37     David R Herzog,
             Herzog & Schwartz Pc,    77 W Washington Suite 1717,    Chicago, IL 60602
ust        +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Feb 22 2012 06:44:16     Patrick S Layng,
             Office of the U.S. Trustee, Region 11,    219 S Dearborn St,    Room 873,    Chicago, IL 60604-2027
18500467   +E-mail/Text: collect@arspif.com Feb 22 2012 06:21:28     Account Recovery Services,
             3031 N. 114th Street,    Milwaukee, WI 53222-4218
18500468   +EDI: BECKLEE.COM Feb 22 2012 03:53:00      American Express,   c/o Becket & Lee LLP,
             16 General Warren Blvd.,    Malvern, PA 19355-1245
18500470   +EDI: BANKAMER2.COM Feb 22 2012 03:53:00      BANK OF AMERICA,    Personnel Operations Center,
             NC1-021-02-12,    401 N Tryon St,    Charlotte, NC 28202-2196
18500473   +E-mail/Text: clerical.department@yahoo.com Feb 22 2012 06:22:04     Creditors Collection Bureau,
             P.O. Box 63,    Kankakee, IL 60901-0063
18500475    EDI: RCSDELL.COM Feb 22 2012 03:53:00      Dell Financial Services,    P.O. box 80409,
             Austin, TX  78708
18500476    EDI: DISCOVER.COM Feb 22 2012 03:53:00      Discover,    Attn: Bankruptcy Department,
             12 Reads Way,    New Castle, DE 19720
18500490   +E-mail/Text: mmrgbk@miramedrg.com Feb 22 2012 06:44:44     MiraMed Revenue Group,
             991 Oak Creek Drive,    Lombard, IL 60148-6408
18500498   +Fax: 866-311-5818 Feb 22 2012 06:27:48     SST,    4315 Pickett Road,    St. Joseph, MO 64503-1600
                                                                                              TOTAL: 10
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18500479     GEMB,   Attn: Bankruptcy Dept,    PO BOX 960061
18500492     Lincoln, NE 68508
18500491     Nelnet,   Attn: Bankruptcy Dept,    121 S. 13th St., Suite 201
18500480     Orlando, FL 32896
                                                                                             TOTALS: 4, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1           User: carmstead              Page 2 of 3                  Date Rcvd: Feb 21, 2012
                               Form ID: b9i                 Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 23, 2012**                    **Signature:** *Joseph Speetjens*

```
District/off: 0752-1           User: carmstead             Page 3 of 3              Date Rcvd: Feb 21, 2012
                               Form ID: b9i                Total Noticed: 33
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2012 at the address(es) listed below:
         David R Herzog   on behalf of Debtor Allen Singleton drhlaw@mindspring.com,
          herzogschwartz@gmail.com
         Glenn B Stearns   mcguckin_m@lisle13.com
         Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
                                                                                               TOTAL: 3

Case 12-05911 Doc 36 Filed 02/21/12 Entered 02/23/12 23:56:20 Desc Imaged
Certificate of Notice Page 7 of 5